UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THRIVENT FINANCIAL for LUTHERANS, | * | |
| | * | |
| | * | |
| Plaintiff/Stakeholder, | * | |
| | * | |
| v. | * | Civil Action No. 11-11011-JLT |
| | * | |
| MICHELLE STROJNY, DAVID LABLUE and ALLISON A. METZ, | * | |
| | * | |
| | * | |
| Defendants/Claimants. | * | |

ORDER

October 3, 2011

TAURO, J.

After a reviewing Defendant Allison A. Metz's Assented-To Motion for Clarification of September 15, 2011 Order [#26], this Court hereby ALLOWS Defendant's Motion [#26] and orders that:

1.   Parties may file all dispositive motions on all claims before the Court in this matter with the Court by November 1, 2011.

2.   Parties will file all oppositions to any dispositive motions filed by November 1, 2011, with this Court by December 1, 2011.

3.   Parties will submit all replies to dispositive motions on all claims before the court by December 15, 2011.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
United States District Judge